UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REINA SARAVIA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0275 (PLF) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

ORDER OF REFERRAL

Plaintiffs in this case seek recovery of attorneys' fees and costs allegedly incurred by plaintiffs in pursuing claims under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 et seq. On the assumption that this case ultimately will be resolved by dispositive motion, the Court will refer the case to a magistrate judge for management and for a report and recommendation on any dispositive motion. Should it develop that a trial is necessary, the parties are urged to consent to trial before a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to a magistrate judge for management of all pretrial matters and for a report and recommendation on any dispositive motion filed in this case. On all further filings the parties shall place the initials of Judge Paul L. Friedman and the initials of the assigned magistrate judge following the case number in the caption.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 17, 2006