**Reina Saravia, *et al.*, v. District of Columbia, *et al.***
**Case No. 06-cv-00275**

**PLAINTIFFS' EXHIBIT INDEX**

| | |
|---|---|
| EXHIBIT 1 | DCPS Guidelines for the Payment of Attorney Fees |
| EXHIBIT 2 | J.H., June 8, 2005, Due Process Hearing Decision and Order |
| EXHIBIT 3 | J.H., August 29, 2005, Administrative Due Process Complaint Notice |
| EXHIBIT 4 | DCPS Scheduling Memorandum |
| EXHIBIT 5 | Letter Offering 3 Dates for Resolution |
| EXHIBIT 6 | DCPS' Motion to Remove Hearing from Schedule |
| EXHIBIT 7 | J.H.'s Opposition Motion |
| EXHIBIT 8 | October 2005 HOD Denying DCPS' Motion and Ordering Resolution Meeting |
| EXHIBIT 9 | Hearing Officer's Interim Order |
| EXHIBIT 10 | January 2006 Hearing Officer's Decision |
| EXHIBIT 11 | April 2006 Hearing Officer's Decision |
| EXHIBIT 12 | June 2006 Hearing Officer's Determination |
| EXHIBIT 13 | C.G., Scheduling Notice |
| EXHIBIT 14 | C.G., Interim Order |
| EXHIBIT 15 | C.G., September 2005 Hearing Officer's Decision |
| EXHIBIT 16 | A.W., February 8, 2006 Hearing Officer's Decision |
| EXHIBIT 17 | A.W., January 28, 2005 Hearing Officer's Decision |
| EXHIBIT 18 | A.W., Correspondence dated March 18, 2005 |
| EXHIBIT 19 | A.W., Correspondence dated April 14, 2005 |
| EXHIBIT 20 | A.W., Individualized Educational Program dated April 20, 2005 |
| EXHIBIT 21 | A.W., Multi-disciplinary Team Meeting Notes, August 24, 2005 |
| EXHIBIT 22 | A.W., Prior to Action Notice, August 24, 2005 |