# EXHIBIT 5



# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| Juan J. Fernandez! | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

September 14th, 2005

**Via Facsimile Only**
Ms. Gina Scales-Johnson, Resolution Scheduling Coordinator
Office of Special Education
District of Columbia Public Schools
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002

Re:             Joseph Hunter
DOB:            February 1st, 1995
Attending School:   The Sunrise Academy

Ms. Scales-Johnson:

I write as a follow-up to the Resolution Session Meeting that was scheduled to occur for the student yesterday, September 13th, 2005, at 9:00 A.M. As you may or may not know, Ms. Breona Harrison, as the DCPS representative, and myself, as the representative for the school system, have agreed to reschedule the meeting for another date and time. As such, I would like to offer the following dates and times to reconvene:

| September 28th, 2005 | at | 3:00 P.M.; |
| September 29th, 2005 | at | 3:00 P.M.; and |
| September 30th, 2005 | at | 3:00 P.M. |

Please let me know in writing, via facsimile, at 202-742-2097, as to what date and time is the most convenient for this meeting to occur.

Your immediate attention is warranted in this matter; as such please do not hesitate to contact me at 202-742-2000.

Respectfully,

Domiento C.R. Hill, Esq.

Cc:   Julia Hunter, Parent
      Breona Harrison, LEA Representative
      File

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1595
CONNECTION TEL                    92024425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              09/14 11:44
USAGE T               00'25
PGS. SENT             2
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelor s |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia On • |

# FAX COVER SHEET

TO: Gina Scales-Johnson, Office of Special Education, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 14th, 2005

FAX NO: 202-442-5517/5518

SUBJECT: J.H., DOB: 2/1/95

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Request to reschedule. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              1596
CONNECTION TEL              92024425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              09/14 11:49
USAGE T               00'24
PGS. SENT             2
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill o<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Nelor s<br>John A. Straus<br>Dolores Scott McI night<br>Marshall Lammer:<br><br>! Admitted in Bolivia On |

# FAX COVER SHEET

TO: Breona Harrison, Office of Special Education, DCPS

FROM: Domiento C.R. Hill, Esq.

DATE: September 14th, 2005

FAX NO: 202-442-5517/5518

SUBJECT: J.H., DOB: 2/1/95

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Request to reschedule. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use c the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James I Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.