# EXHIBIT 6



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
www.k12.dc.us

October 19, 2005

Mr. Smith, Esq.
Hearing Officer
Student Hearing Office
DCPS Office of Compliance
825 North Capitol, N.E.
Washington, D.C. 20002

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### SPECIAL EDUCATION

### ADMINISTRATIVE DUE PROCESS HEARING OFFICE

In the Matter of            *
Joseph Hunter              *
                           *
*********************************************************

### MOTION TO REMOVE THE HEARING FROM THE HEARING SCHEDULE

Now comes, DCPS, through, Charles McCullough, II, DCPS Attorney Advisor, requesting that the hearing set for October 21, 2005 at 1:00 pm be removed from the schedule. Parent has refused to participate in a resolution meeting for this matter. (See Attached) DCPS has made attempts to convene a resolution meeting with the parent in order to discuss the issues in this case. DCPS is not waiving the required resolution meeting in this matter; and we request that the hearing not go forward on October 21, 2005 at 1:00 pm. A copy of this motion has been forwarded to Parent's Counsel. Please see attached fax confirmation.

Respectfully Submitted,

*[signature]*

Charles A. McCullough, II
Attorney Advisor

Cc: Roxanne Neloms

---

*Children First*

# EXHIBIT 1 (ONE)