# EXHIBIT 8

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| Joseph Hunter ("Student") | ) | **HEARING OFFICER'S DECISION**[1] |
| Date of Birth: February 1, 1995 | ) | |
| Petitioner, | ) | Hearing Dates: October 21, 2005 |
| v. | ) | Held at: 825 North Capitol Street, NW |
| | ) | 8th Floor |
| | ) | Washington, DC 20002 |
| District of Columbia Public Schools | ) | |
| 825 North Capitol Street, NW | ) | Attending School: |
| Washington, DC 20002 | ) | The Sunrise Academy |
| ("DCPS" or "District") | ) | |
| | ) | Hearing Request: |
| Respondent. | ) | August 29, 2005 |

Counsel for Parent:                Miguel Hull, Esq.
                                   1220 L Street, NW
                                   Suite 700
                                   Washington, D.C. 20005

Counsel for DCPS:                  Charles McCullough, Esq.
                                   District of Columbia Public Schools,
                                   9th Floor
                                   825 North Capitol Street, NW
                                   Washington, DC 20002

---

[1]    An index of names is attached hereto for the benefit of the parties. The index will permit
       the parties to identify specific witnesses and other relevant persons. The index is
       designed to be detached before release of this Hearing Officer's Determination as a
       public record.

1

# INDEX OF NAMES

## Joseph Hunter v. DCPS

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Special Education Advocate | |
| CHILD AND CHILD'S DCPS ID # or SSN (insert JD # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | Ms. Julia Hunter, Mother |
| Child/Parent's Representative | Miguel Hull, Esq. Domiento Hill, Esq. |
| School System's Representative | Charles McCullough., Esq. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

2

**INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400**
**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**IMPARTIAL DUE PROCESS HEARING**

**INTRODUCTION:**

A Due Process Hearing was convened on October 21, 2005. The Hearing was held at the District of Columbia Public Schools ("DCPS"), 825 North Capitol Street, N.E. Washington, D.C. 20002. The Hearing was held pursuant to a hearing request submitted by counsel for the parent dated August 29, 2005.

**ISSUE:**

Whether DCPS failed to convene a Resolution Session Meeting?

**JURISDICTION:**

The Hearing was held and this decision was written pursuant to the *Individuals with Disabilities Education Improvement Act* (I.D.E.I.A.), 20 U.S.C. 1400, et. seq. and the *Rules of the Board of Education of the District of Columbia*.

**DUE PROCESS RIGHTS:**

Counsel for the parent waived a formal reading of the due process rights.

**FINDINGS OF FACT:**

1.    The Complaint in this matter was filed on August 29, 2005.[2]  On August 30, 2005, a Scheduling Memorandum was issued by DCPS setting September 13, 2005 as the deadline for convening a Resolution Session Meeting.[3]  The meeting however did not go forward, because the parent could not get the time off work.

2.    On September 14, 2005, counsel for the parent wrote a letter to DCPS listing 3 dates and times in September that the parent would be available to attend a meeting. There was no response to this letter.

3.    On October 20, 2005, DCPS filed a "Motion to Remove the Hearing from the Hearing Schedule" (DCPS' Motion) contending that the Resolution Session Meeting did not go forward because the parent refused to participate in the meeting.[4]

---

[2]    JH-2
[3]    JH-3
[4]    Hearing Officer Exhibit 1

4.    Also on October 20, 2005, the parent, through her attorneys, filed a response[5] to DCPS'
Motion stating that DCPS' attempted to schedule the meeting through parent's counsel on September 7,
2005, by sending a fax to parent's counsel; however the fax transmission was not received. Also, on
September 12, 2005, the parent states that DCPS called the parent to inform her that the meeting was to
take place the next day on September 13, 2005. However, since the parent was unable to obtain leave
from work from her employer to attend the meeting, her counsel appeared at the meeting instead. Even
so, the meeting did not go forward, prompting parent's counsel's letter of September 14, 2005.

5.    As of the date of the Hearing, a Resolution Session Meeting has not been held; however,
both parties expressed a desire to resolve this matter.

**DECISION AND CONCLUSIONS OF LAW:**

Although a Resolution Session Meeting has not been held, both parties expressed a willingness
to meet to attempt to resolve the issue presented in the Complaint. It is concluded to be in the best
interest of all parties to proceed with convening a Resolution Session Meeting prior to holding a Due
Process Hearing. Therefore, the Due Process Hearing will be continued.

**ORDER:**

1.    DCPS shall convene a Resolution Session Meeting on or before November 10, 2005 that
will include all necessary parties including the parent. The parent may have a representative with her, if
an attorney, DCPS shall be timely notified of the attorney's intended attendance at the meeting so that an
DCPS attorney-advisor may attend the meeting as well, if DCPS feels this is necessary. The purpose of
the meeting is to discuss the issues presented in the parent's August 29, 2005 Complaint, for the purpose
of resolving such issues.

2.    The scheduling of the Resolution Session Meeting shall be through parent's counsel. If
the parties are able to resolve the issues presented in the Complaint, either party may notify the Student
Hearing Office of the successful resolution of the matter.

3.    In the event the parties are not able to resolve the Complaint at the Resolution Session
Meeting, a Due Process Hearing will be held, tentatively scheduled for November 28, 2005 at 1:00 p.m.
This date however is subject to change per the Student Hearing Office. If so, a mutually agreeable date
and time for going forward with the Hearing will be determined.

---

[5]      Hearing Officer Exhibit 2

4

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 90 days of the rendering of this decision.

Date: 10-21-05

Issued: 10/21/05

David R. Smith, Esq.
Impartial Hearing Officer

5

**INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400**

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS
IMPARTIAL DUE PROCESS HEARING**

| | |
|---|---|
| In the Matter of ) | **CERTIFICATION OF RECORD** |
| ) | |
| Joseph Hunter ) | |
|      Petitioner, ) | |
| ) | |
|    v. ) | |
| ) | |
| District of Columbia Public Schools ) | |
| 825 North Capitol Street, NW ) | |
| Washington, DC 20002 ) | |
| ("DCPS" or "District") ) | |
|      Respondent. ) | |

    I, David R. Smith, Impartial Due Process Hearing Officer in this matter, DO

HEREBY CERTIFY that the attached Record of Proceeding itemizes the record in

the above-entitled matter as of this date, consisting of the items admitted into evidence,

including disclosure exhibits and the audio tape recording of the Due Process Hearing.

    EXECUTED this __21__ day of __Octa__, 2005.

_____
DUE PROCESS HEARING OFFICER

6

## MATTER OF JOSEPH HUNTER V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 8-29-05 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 9-22-05 | Notice of Due Process Hearing |
| 10-14-05 | DCPS Disclosure Exhibits: DCPS-01 and DCPS-02 |
| 10-21-05 | Audio recordings of hearings |
| 10-14-05 | Parent Disclosure Exhibits: JH-1 through JH-9 |
| 10-20-05 | Hearing Officer's Exhibit 1; DCPS Motion |
| 10-20-05 | Hearing Officer's Exhibit 2; Parent's response to DCPS Motion |

7