# EXHIBIT 9

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of: ) BEFORE A SPECIAL EDUCATION
)
JOSEPH HUNTER ) INDEPENDENT HEARING OFFICER
Petitioner )
Vs. )
DCPS ) STATE EDUCATION AGENCY
Respondent )

## **INTERIM ORDER**

ON THIS DAY came on to be heard RESPONDENT's Motion ~~For Continuance~~ TO REMOVE FILE IN THE 10-20-05 AND PETITIONER'S OPPOSITION FILED 10-20-05 above styled cause. After hearing the evidence and argument of counsel, the Motion ~~For Continuance~~ is:

__X__ DENIED.

_____ GRANTED. The hearing is reset for _____ A.M. / P.M. on _____,

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;
_____ Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;
_____ Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;
_____ Witness unavailable. The party has / has not made diligent efforts to secure the witness;
_____ Parent or student unavailable;
_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;
_____ Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;
_____ No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;
__✓__ Movant did not receive prior notice of the hearing;
__✓__ Other: IN VIEW OF PETITIONER'S LETTER OF 9-14-05 (ATTACHMENT 4 TO IN OPPOSITION) THE MOTION OF RESPONDENT IS DENIED. HOWEVER, THE PARTIES MAY STATE THEIR RESPECTIVE POSITIONS ON THE RECORD AT THE HEARING.

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____,

SIGNED this date  10-20-05

Issue Date: 10/20/05

Independent Special Education Hearing Officer

Original to SHO – Student's File
Copy To:    Parent - C/O: Roxanne Nelson, Esq.
            DCPS - C/O: Charles G. McCullough, Esq.
            Charter School - C/O:

# District of Columbia Public Schools
## Office of Compliance
### STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 10/20/05

TO: R. Melons

FROM: STUDENT HEARING OFFICE

RE: Joseph Hunter / HOD

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs

Joseph Hunter  DOB: 2/1/95
    Petitioner,

v.

District of Columbia Public Schools
Respondent

District of Columbia Public School's
**STATUS UPDATE**
**for**
**HEARING OFFICER SMITH**

The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides the following status update:

1. On December 9, 2005 the Washington, D.C. metropolitan area was experiencing inclement weather.
2. As a result a result of the inclement weather the MDT/IEP meeting scheduled on this date for Joseph Hunter was postponed.
3. Due to unavailability of participants during the holiday season, DCPS will attempt to schedule the meeting upon the first availability of necessary parties when classes resume in January.

Date: January 4, 2006

Submitted by:

Charles A. McCullough, II, Esq.,
Attorney Advisor
for DCPS as the Local Educational Agency

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Ju... |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | T... |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers |
| Christopher L. West | Telephone: (202) 742-2000 | |
| | Facsimile: (202) 742-2098 | |
| ---------------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------------- |
| | | ! Admitted in Bolivia Only |

January 3, 2006

<u>Via Facsimile Only</u>
David Smith, Chief Independent Hearing Officer
C/o Sharon Newsome, Scheduling Coordinator
State Education Agency for the District of Columbia
State Enforcement and Investigations Division (SEID)
Office of Special Education Programs
Office of Student Hearings
825 North Capitol Street, 8th Floor
Washington, DC 20002

Re:     Motion for Judgment in the Matter of Joseph Hunter
DOB:    February 1, 1995

Dear Mr. Smith:

    I hope you had an enjoyable holiday season. I write as a follow-up to the administrative due process hearings that were held for the above-referenced student on October 21, 2005 and November 28, 2005.

    As you may or may not recall, at the hearing of November 28, 2005, you requested a status report from the parties if the scheduled MDT/IEP Meeting took place for the student.

    To that end, the parent, by and through counsel, would like to report that the MDT/IEP Meeting for December 9, 2005 did not occur, DCPS desired to cancel the meeting because of inclement whether. To date, DCPS has made no attempts to reconvene the MDT/IEP Meeting for this student as the most recent order required. As such, DCPS is still out of compliance with the most recent order in this student's case, and the parent is requesting that you issue an order requiring DCPS to reconvene the student's MDT/IEP Meeting within the next ten (10) school days.

                                                  Respectfully Submitted,

                                                  *Miguel Hull*
                                                  Miguel Hull, Esq.

Cc: Julia Hunter, Parent
     Charles McCullough, Attorney Advisor, DCPS
     File

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO                  4740
        CONNECTION TEL                        92024425556
        CONNECTION ID
        ST. TIME                  01/03 17:30
        USAGE T                   00'21
        PGS. SENT                 2
        RESULT                    OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers |
| Christopher L. West | Telephone: (202) 742-2000 | |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jcblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO:     David Smith, Esq., Chief Hearing Officer
        C/o Sharon Newsome, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Miguel Hull, Esq.

DATE:   January 3, 2006

FAX NO: 202-442-5556

SUBJECT: J.H., DOB: 2/1/95

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS: Status Report. Thank you for your assistance.

---

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

```
               *********************
               ***  TX REPORT  ***
               *********************

    TRANSMISSION OK

    TX/RX NO                    4738
    CONNECTION TEL                            92024425097
    CONNECTION ID
    ST. TIME                    01/03 17:22
    USAGE T                     00'22
    PGS. SENT                   2
    RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill o | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers |
| Christopher L. West | Telephone: (202) 742-2000 | |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO:   Charles McCullough, III, Attorney Advisor, DCPS, Office of the General Counsel

FROM: Domiento C.R. Hill, Esq. for Miguel Hull, Esq.

DATE: January 3, 2006

FAX NO: 202-442-5097/5098

SUBJECT: J.H., DOB: 2/1/95

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS: Status Report. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.