# EXHIBIT 10

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| Joseph Hunter ("Student") ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: February 1, 1995 ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| District of Columbia Public Schools ) | |
| 825 North Capitol Street, NW ) | |
| Washington, DC 20002 ) | |
| ("DCPS" or "District") ) | |
| ) | |
| Respondent. ) | |

| | |
|---|---|
| Student's Representative: | Miguel Hull, Esq. |
| | 1220 L Street, NW |
| | Suite 700 |
| | Washington, D.C. 20005 |
| | |
| Counsel for DCPS: | Charles McCullough, Esq. |
| | District of Columbia Public Schools, |
| | 9th Floor |
| | 825 North Capitol Street, NW |
| | Washington, DC 20002 |

1

**SUMMARY:**

1. A Due Process Hearing was held for the student on October 21, 2005 and continued to November 28, 2005. As a result of the Hearing, the parties were to provide the Hearing Officer with an update concerning the status of an MDT/IEP meeting.

2. By letter dated January 3, 2005, Petitioner informed this Hearing Officer that an MDT/IEP meeting scheduled for December 9, 2005 did not go forward because DCPS cancelled the meeting due to inclement weather; however, the meeting was not rescheduled. As a result, Petitioner requests that an Order be issued requiring DCPS to convene a meeting within 10 school days.

**ORDER:**

Petitioner's Motion is GRANTED, DCPS shall convene a MDT/IEP meeting within 10 school days of the issuance of this Order. The meeting is to be scheduled through parent's counsel. Any delay in the holding of the meeting caused by the parent, parent's counsel or the student shall extend the timeline by one day for each day of delay.

Date: 1-10-06

Issued: 1/11/06

David R. Smith, Esq.
Impartial Hearing Officer

2