# EXHIBIT 12

# District of Columbia Public Schools

*State Enforcement & Investigation Division*

## *confidential*

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

*2006 JAN -2 AM 10:42  DC PUBLIC SCHOOL SYSTEM*

| | |
|---|---|
| In the Matter of ) | |
| ) | HEARING OFFICER'S |
| JOSEPH HUNTER, student ) | MEMORANDUM OF |
| Date of Birth: February 1, 1995 ) | |
| Petitioner, ) | **SETTLEMENT AGREEMENT** |
| ) | |
| versus ) | Request Date: March 28, 2006 |
| ) | Hearing Date: June 2, 2006 |
| The District of Columbia Public Schools, ) | |
| Home School: Ferebee-Hope Ele. School, ) | Held at: 825 North Capitol Street, NE |
| Attending: SunRise Academy, ) | Eighth Floor, Hearing Room 1234 |
| Respondent. ) | Washington, D.C. 20002 |

**Parent:** Julia Hunter
1303 Congress Street, SE   Apt No 1
Washington, D.C. 200

**Counsel for the Parent/Student:** Domiento C.R. Hill, Esq.
**JAMES E. BROWN & Associates**
1220 L Street, NW   Suite 700
Washington, D.C. 20005

**District of Columbia Public Schools:** Lenore D. Verra, Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE  9th Floor
Washington, D.C. 20002

An INDEX of NAMES is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this SETTLEMENT AGREEMENT as a public record.

i

# INDEX of NAMES for Joseph Hunter
Hearing Date: June 2, 2006

Appearing on behalf of DCPS: None.

Appearing on behalf of the parent/student: None.

No testimony was received.

ii

## JURISDICTION

The hearing convened under Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004 and Title V of the District of Columbia Municipal Regulations.

## STATEMENT of the CASE

On March 28, 2006, Counsel for the Parent filed the herein Complaint on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of failure on the part of DCPS to provide an appropriate educational placement.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 9:00 A.M., Friday, June 2, 2006 at DCPS Headquarters, 825 East Capitol Street, NE, 8th Floor, Hearing Room 1, Washington, D.C. 20002.

The hearing officer called the hearing to order as scheduled when the parties announced they had settled.

By facsimile dated May 24, 2006, DCPS disclosed 4 witnesses and 1 document.
By facsimile dated May 25, 2005, the parent disclosed 8 witnesses and 64 documents.
The documents were placed into the record but are not listed here as the parties settled.

## The SETTLEMENT AGREEMENT

1. Before the beginning of the 2006-07 School Year, DCPS will convene an MDT/IEP/Placement meeting during which the evaluations will be reviewed, the IEP reviewed and revised as appropriate and placement discussed and determined. If a DCPS placement is recommended, a Notice of Placement will be issued within 5 schooldays of the said meeting; if a non-public placement is recommended, a Notice of Placement will be issued within 30 days of the said meeting.

2. At the said MDT/IEP/Placement meeting, the form, amount and delivery of compensatory education, if any, will be discussed and determined. For disputes under this paragraph, either party may request a hearing.

3. For the said MDT/IEP/Placement meeting,

1 of 2 pages

scheduling is to be through and notices are to be sent to Counsel for the Parent except that, for everyday of unavailability of parent/educational advocate/ Counsel for the Parent, the deadline herein will be extended one day. For disputes under this paragraph, with the burden of proof on DCPS, documentation of the parties will be relied upon to determine the good faith of each party.

_____  Date: June 2, 2006
H. St. Clair, Esq., Hearing Officer

Issued: 6/2/06
Student Hearing Office, DCPS

2 of 2 pages

# District of Columbia Public Schools
## *State Enforcement Investigative Division*
## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: June 2, 2006

TO: Domiento C. R. Hill

FROM: STUDENT HEARING OFFICE

RE: Hunter, Joseph

TOTAL NUMBER OF PAGES, INCLUDING COVER: 5

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.