# EXHIBIT 14

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:   )   BEFORE A SPECIAL EDUCATION
)
Ciena Gantt   )   INDEPENDENT HEARING OFFICER
_____   )
Petitioner   )
)
DCPS Vs.   )   STATE EDUCATION AGENCY
_____   )
Respondent

### INTERIM ORDER

ON THIS DAY came on to be heard __N/A__'s Motion For Continuance in the above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

____ DENIED.

__X__ GRANTED. The hearing is reset for __9:00__ A.M. / P.M. on __8/24/05__,

The Hearing Officer finds there is good cause to grant the continuance because:

____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

____ Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;

____ Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;

____ Witness unavailable. The party has / has not made diligent efforts to secure the witness;

____ Parent or student unavailable;

____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;

____ Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;

____ No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;

____ Movant did not receive prior notice of the hearing;

__X__ Other: _For Petitioners counsel to amend Hearing request & Both parties to secure additional witnesses_

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____.

SIGNED this date __7/15/05__

_____   _____
Issue Date   Independent Special Education Hearing Officer

Original to SHO – Student's File
Copy To:   Parent - C/O: _Gambite_
DCPS - C/O: _Chapman_
Charter School - C/O: _____

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 7-18-05

TO: Grambale

FROM: STUDENT HEARING OFFICE

RE: HOD – C. Ganiot.

TOTAL NUMBER OF PAGES, INCLUDING COVER: 2

COMMENTS:

**CONFIDENTIALITY NTOICE**: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure copying, distribution or the taking of any action in reliance on the content of this telecopied information is strict... prohibited.

Case 1:06-cv-00275-PLF  Document 5-17  Filed 06/19/2006  Page 3 of 3