# EXHIBIT 15

# District of Columbia Public Schools

**Office of Management Services**
Tonya Butler-Truesdale, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556

## Confidential

| | | |
|---|---|---|
| CIERRA GANTT, STUDENT | ) | |
| Date of Birth: May 8, 1993 | ) | |
| Petitioner, | ) | Hearing Date: August 24, 2005 and July 15, 2005 |
| v. | ) | |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) | |
| Respondent. | ) | Held at: 825 North Capitol Street, N.E. 8th Floor Washington, D.C. 20002 |

## HEARING OFFICER'S DECISION
## <u>INTERIM ORDER</u>

| | |
|---|---|
| Parents: | Ms. Catherine Gantt<br>4642 Livingston Road, SE<br>Washington, D.C. 20032 |
| Counsel for Petitioner: | Roberta L. Gambale, Esquire<br>James E. Brown & Associates<br>1220 L Street, N.W.; Suite 700<br>Washington, D.C. 20005<br>(202) 742-2000, x2021; Fax: (202)742-2098 |
| Counsel for DCPS: | Rashida Chapman, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.<br>9th Floor<br>Washington, D.C. 20002 |

*In the Matter of Cierra Gantt*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

Petitioner: No witnesses were present or called to testify because the parties settled and presented disclosures labeled CG1-CG22.

Respondent: Presented Jack Shriebman as a witnesses and presented disclosures labeled DCPS 01 and DCPS 02.

### IV. STATEMENT OF THE CASE

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for August 24, 2005 at 9:00am at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. The matter was continued from July 15, 2005 at 1:00pm by hearing officer's interim order due to the existence of a February 14, 2005 settlement agreement that was executed although an IEP meeting had convened on February 9, 2005. Attorney Advisor Rashida Chapman appeared in-person for DCPS. Attorney Roberta Gambale appeared in person on behalf of Petitioner.

### V. FINDINGS OF FACT

The testimony of the parent on July 15, 2005 and the August 24, 2005 testimony of the DCPS counsel, Jack Schriebman, who negotiated the settlement agreement compelled this hearing officer to issue this interim order requiring status reports from both counsel in order to facilitate the resolution any remaining allegations of the Hearing Request as amended on August 17, 20005.

### VI. ORDER

*In the Matter of Cierra Gantt*

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 24th day of August 2005, it is hereby

**ORDERED**, that DCPS shall convene an MDT/IEP meeting no later than September 21, 2005. The meeting shall include the participation of Petitioner's 2004-2005 regular education teacher, special education teacher, speech and language service provider, and the social worker who provided counseling service for the 2004-2005 school year. If any of the 2004-2005 service providers are no longer available they may be replaced by service providers for the 2005-2006 school year.

**IT IS FURTHER ORDERED**, that the team shall review and revise Petitioner's IEP if necessary, discuss Petitioner's progress and provide or re-provide Petitioner's parent with all existing weekly service logs for 2004-2005, determine if additional evaluations are warranted, and discuss and determine placement. The team shall also determine if a compensatory education plan is warranted. If a plan is found to be warranted, the team shall also develop a compensatory education plan.

**IT IS FURTHER ORDERED**, that Petitioner and Respondent shall provide the Hearing Officer with a status report no later than **October 19, 2005**.

**IT IS FURTHER ORDERED**, if Placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement.

**IT IS FURTHER ORDERED**, that DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Roberta L. Gambale, Esquire, (202) 742-2000, x2021.

**IT IS FURTHER ORDERED**, that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

Tonya M. Butler-Truesdale, Esquire
Hearing Officer

3

*In the Matter of Cierra Gantt*

Date: September 29, 2005

Issued: 9/29/05

Copies to:

Roberta L. Gambale, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

Rashida Chapman, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

4

# FACSIMILE TRANSMITTAL FORM

Law Office
**TONYA M. BUTLER - TRUESDALE**
Attorney At Law
Washington, DC
(202) 518-6867

Date of Transmission: 9/29/05

To: SHO

Fax Number of Recipient: (202) 442-5556

From: TONYA

Fax Number of Sender: (202) 518-3666

Total Number of Pages (including cover sheet): _____

Comments: GonH Interim Order

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to the above address via the U.S. Postal Service.

2005 SEP 29 AM 8:43

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 9/29/05

TO: Gambale

FROM: STUDENT HEARING OFFICE

RE: Gantt, Ciarra / HOD

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.