# EXHIBIT 18

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊△<br>Brenda McAllister*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br><br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Christina R. Busso<br>Tilman Gerald △<br>Roxanne Neloms<br>John Strauss |

\* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

△ Member of the DC Federal Bar

March 18th, 2005

<u>Via Facsimile Only</u>

Mr. Wallace Henry, III – Special Education Coordinator
Friendship Edison Collegiate Academy
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

    Re:    Andre Walker
    DOB:  October 8th, 1988

Dear Mr. Wallace Henry, III:

    I hope this letter finds you in good health. I write in response to your letter of last week. Please excuse the delay as I was awaiting a ruling from the judge in Andre's criminal matter, as well as a copy of the court ordered psychiatric evaluation. I have included a copy of that psychiatric evaluation with this fax.

    After reviewing the dates and times proposed by you, on behalf of the Friendship-Edison Public Charter Schools ("FEPCS") to reconvene the student's meeting, unfortunately, due to already scheduled MDT/IEP Meetings and administrative due process hearings, we will be unable to participate on the dates and times offered by you. However, I would like to offer the following dates and times to reconvene:

    April 4th, 2005    at    10:00 A.M. or 1:00 P.M.;

    April 5th, 2005    at    10:00 A.M. or 1:00 P.M.; and

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

April 6th, 2005            at      10:00 A.M. or 1:00 P.M.

Please let me know in writing, via facsimile, at 202-742-2097, as to which one of these dates and times are the most convenient for you and the rest of your staff.

Additionally, given the results of the evaluation, I think it prudent we invite the District of Columbia Public Schools ("DCPS") to participate in this meeting as the student may need placement in another school/program.

As always, both the parent and myself look very forward to working with you and the DCPS to ensure that Andre is provided with a Free and Appropriate Public Education. If you have any questions or comments, please do not hesitate to call.

Sincerely,

Domiento C.R. Hill, Esq.

Cc: Rhonda Walker, Parent
   Office of Special Education, DCPS
   Donte Davis, Educational Advocate
   File

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*



Friendship-Edison Collegiate Academy
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019
Phone: (202) 396-5500

# FAX COVER

Date: 3/10/05   Time: 1509   Number of Pages: 4 (incl cvr)

To: DOMIENTO HILL   Fax: 202 742-2098

phone 2000

**COMMENTS:**

re: ANDRE WALKER

From: W. HENRY

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3212
CONNECTION TEL                      92024425517
CONNECTION ID           DCPS SPECIAL EDU
ST. TIME                03/18 09:11
USAGE T                 01'50
PGS. SENT               11
RESULT                  OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊Δ | Suite 700 | Christina R. Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Nelomns |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only                              ● Admitted in Mass. Only
◆ Admitted in New York Only                              Δ Member of the DC Federal Bar
! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:      March 18th, 2005

TO:        Attention: Special Education Monitor for Friendship-Edison PCS
           Office of Special Education, DCPS

FAX NO.:   202-442-5517/5518

RE:        A.W., DOB: 10/8/88

FROM:      Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 11

COMMENT: Evaluations and response to Letter of Invitation. Thank you for your assistance.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              3210
CONNECTION TEL               92024425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              03/18 09:09
USAGE T               01'50
PGS. SENT             11
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊Δ | Suite 700 | Christina R. Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Nelomns |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only                                    ● Admitted in Mass. Only
◆ Admitted in New York Only                                     Δ Member of the DC Federal Bar
! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:     March 18th, 2005

TO:       Attention: Special Education Monitor for Friendship-Edison PCS
          Office of Special Education, DCPS

FAX NO.:  202-442-5517/5518

RE:       A.W., DOB: 10/8/88

FROM:     Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 11

COMMENT: Evaluations and response to Letter of Invitation. Thank you for your assistance.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3211
CONNECTION TEL                    92023968229
CONNECTION ID
ST. TIME              03/18 09:05
USAGE T               03'06
PGS. SENT             11
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West●◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊∆ | Suite 700 | Christina R. Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Nelomns |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       March 18th, 2005

TO:         Mr. Wallace Henry, III, Special Education Coordinator, Friendship-Edison PCS

FAX NO.:    202-396-8229

RE:         A.W., DOB: 10/8/88

FROM:       Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 11

COMMENT: Evaluations and response to Letter of Invitation. Thank you for your assistance.