# EXHIBIT 19

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

April 14th, 2005

Via Facsimile Only
Mr. Wallace Henry, III, Special Education Coordinator
Friendship Edison Public Charter School
4095 Minnesota Avenue, NE
Washington, DC 20019

Re:        Andre Walker

Mr. Henry, III:

I write in response to the Letter of Invitation received by this office yesterday, April 13th, 2005, as well as to a follow-up to a conversation I had with Ms. Rhonda Walker, the student's mother, later that same day.

During that conversation Ms. Walker informed me that you called her to inform her that the MDT/IEP Meeting scheduled to take place tomorrow, April 15th, 2005, had to be cancelled and rescheduled due to the clinical psychologist unavailability. As such, you requested, and she agreed to reconvene the student's MDT/IEP Meeting next Wednesday, April 20th, 2005 at 8:30 A.M. Please contact me in writing, via facsimile, at 202-742-2097, to confirm this date and time.

As always, both the parent and myself look very forward to working with you, the Friendship Edison Public Charter Schools, as well as the District of Columbia Public Schools to ensure that the student is provided a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Domiento C.R. Hill, Esq.

Cc: Monitor for Friendship-Edison Public Charter School, Office of Special Education, DCPS
    Kevin Carter, Educational Advocate
    Rhonda Walker, Parent
    File

---

◊ "Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5)."
°Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar. D.C. Court of Appeals.



# FRIENDSHIP-EDISON COLLEGIATE ACADEMY
## CARTER G. WOODSON CAMPUS

### Fax Transmittal Form

To: Domiento Hill, Esq.         From: Wallace Henry III

Organization Name/Dept: _____

Phone number: 202-742-2000      Date sent: 4/13/05

Fax number: 202-742-2098        Time sent: _____

Number of pages including cover page: _____

☐ Urgent          ☐ Please Comment
☐ For Review      ☐ Please Reply

Message:

RE: Andre Walker

Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019
(202) 396-5500
(202) 396-8229 (Fax)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Letter of Invitation

MDT Referral Date: _____

Date **4/13/05**

Re: **Andre Walker**

Dear **Mrs. Walker**,

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:
**4095 Minnesota Ave NE
Washington, DC 20019**

Please check one date for confirmation:
- [ ] Date: **4/20/05** Time: **8:00** ; or **8:30**
- [ ] Date: **4/21/05** Time: **2:00** ; or
- [ ] Date: **4/22/05** Time: **8:00** or **9:00**

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

*The purpose of this meeting is to:

- [x] **develop/review IEP (including consideration of extended school year (ESY) services
- [ ] **discuss CompEd
- [x] **review evaluation or reevaluation information
- [x] discuss placement
- [x] *consider transition services needs
- [ ] develop the student evaluation plan (SEP)
- [ ] determine manifestation
- [ ] discuss quarterly review
- [ ] discuss documented levels of service
- [x] discuss eligibility
- [ ] behavior plan review
- [ ] **review records to support the completion of services as follows:
  - [ ] Graduated  [ ] Completed Services  [ ] Aged Out  [ ] Transferred Out of District  [ ] Dropped Out
  - [ ] Other: _____

**Placement will be discussed.

MDT Members:
- [x] Principal or Designee
- [x] General Education Teacher
- [x] Psychologist
- [x] Parent
- [x] Special Education Teacher
- [ ] Other: _____
- [x] LEA Representative
- [x] Speech and Language
- [x] Student
- [ ] Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact **Wallace Henry III** at **2/396-5500** (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

* _____   * _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

*After the third attempt to contact the parent, the meeting will be held without further notice.
.................................................
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____ Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures). [ ] Yes [ ] No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent - Page 1 of 3

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 4371
CONNECTION TEL                      92023968229
CONNECTION ID
ST. TIME                 04/14 11:49
USAGE T                  00'44
PGS. SENT                2
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊∆ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers*◊ |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

TO: Mr. Wallace Henry, III, Special Education Coordinator, FEPCS

FROM: Domiento C.R. Hill, Esq.

DATE: April 14th, 2005

FAX NO: 202-396-8229

SUBJECT: A.W.

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Response to Letter of Invitation. Thank-you for your assistance.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 4372
CONNECTION TEL                      92024425517
CONNECTION ID            DCPS SPECIAL EDU
ST. TIME                 04/14 11:51
USAGE T                  00'27
PGS. SENT                2
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall M. Lammers*◊ |

\* Admitted in Maryland Only                e-mail: Admin@Jeblaw.biz                ! Admitted in Bolivia Only
♦ Admitted in New York Only                                                          Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO: Monitor for Frdship Edison PCS, DCPS Office of Special Education

FROM: Domiento Hill

DATE: 4/14/05

PHONE: 202-442-4800

FAX NO: 202-442-5517/5518

SUBJECT: Change of date and time for A-W's MDT Meeting

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: _____