# EXHIBIT 20

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IE[...]
Additional Co[...]

## I. IDENTIFICATION INFORMATION

Student Name: Last **Walker**  First **Andre**  MI ___
Student ID **8189473**  Soc. Sec. No. **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**  Age: **15**  Grade **10**
Gender ☒M ☐F  Date of Birth **10-8-88**  Ethnic Group **African American**
Address **5834 Southern Ave SE**
House No. ___ Street Name ___ Quadrant ___ Apartment #
**Washington    DC    20019**
City ___ State ___ Zip Code
☐ Non-attending
Attending School **FSCA**  Home School _____
☐ Elem.  ☐ Mid/JHS  ☒ SHS  ☐ CWS /
Parent **Rhonda Walker**
Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate
House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home **202-582-0516**  Work _____

## II. CURRENT INFORMATION

Date of IEP Meeting: **4-20-05**
Date of Last IEP Meeting: **1-18-05**
Date of Most Recent Eligibility Decision: **4-20-05**
Purpose of IEP Conference:
☐ Initial IEP  ☐ Review of IEP
☒ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
☒ BEHAVIOR    ☒ TRANSPORTATION
☒ ESY         ☒ TRANSITION

### III. LANGUAGE

| Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|
| Student | English | English | English | N/A |
| Parent | English | | English | N/A |
| Home | | | | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral: ___
Rdg./ Written: ___
Instrument: ___
Date: ___

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15 | 15 | Hrs | W | Sped Teacher | 4/21/05 | 10 mos |
| Counseling | | 30 | 30 | Hrs | W | school psychologist | 4/21/05 | 10 mos |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | 15.5 | Hours Per Week | | | | |

### V. Disability(ies)    **Specific Learning Disability**
☐ (Check if setting is general Ed.)
Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☐ 61-100%
Percent of time NOT in a Regular Education Setting **48%**

### VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

Rhonda Walker
Kevin Carter
[signature]
Beth Wilkinson, MSLE-SLP
Wallace Henry III

[signatures]

RW ☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature **Rhonda Walker**  Date **4/20/05**

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

| Student Name | Andre Walker | Managing School | PECA | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 8189473 | DOB 10/4/88 Attending School | PECA | Page 2 of 4 |

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Dr. K. Mack, Ph.d.

Math Strengths: Student demonstrates relative strength at the sixth grade level

Impact of disability on educational performance in general education curriculum: Students disability impacts his ability to function on grade level

Reading Strengths: Student demonstrates relative strength at the 9th grade on basic reading

Impact of disability on educational performance in general education curriculum: Students disability impacts his ability to function on grade level

Score(s) When Available
- Math Cal. 6.2
- Math Rea. 5.7
- See goal page:
- Date: 10/08/04
- Rdg. Com 7.0
- Rdg. Basic 9.0
- Written Ex. 11.9
- See goal page:
- Date: 10-08-04

**Communication (Speech & Language) (Evaluator)** Beth Wilkinson, MSCCC-SLP

Strengths: Andre's overall lang. skills fall within the average range for his age

Impact of disability on educational performance in general education curriculum: Andre's lang. skills do not negatively affect his performance in the classroom at this time

Score(s) When Available
- Exp. Lang.
- Rec. Lang. Core Lang Score = 97
- Artic WNL
- Voice WNL
- Fluency WNL
- Exp. Voc. 95
- Rec. Voc. 93
- See goal page:
- Date: Sept. 2, 2004

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available
See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** Dr. K. Mack, Ph.d.
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- VIQ 85
- PIQ
- FSIQ 79
- See goal page:
- Date: 9-30-04

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

Student Name: Andre Walker
Student ID Number: 8189473
DOB: 10/8/88
Managing School: FECA
Attending School: FECA

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES** | Additional Comments:

Area addressed by goal: Academics

Goal Number: [ ]

**ANNUAL GOAL:** (including mastery criteria.)

Andre will demonstrate measurable growth over his present level of performance in mathematics from the 6.0 level to the 7.0 grade level with 80% mastery

Provider(s): Special Education / General Education Teachers

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Andre will isolate important information to solve a word problem with 80% mastery | | Quarterly |
| Andre will recognize words like "total", "sum" and "in all" as signals to add with 80% mastery | | Quarterly |
| Andre will recognize words like how many fewer, less than and take away as signals to subtract with 80% mastery | | Quarterly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    Documented Observation    Report    Other: Homework

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Andre Walker | Managing School | FECA | DCPS-IEP |
|---|---|---|---|---|
| Student ID Number | 9044624 8284773 | DOB 10/8/88 | Attending School FECA | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments:   Goal Number: ☐

Area addressed by goal: __Academics - Written Expression__

**ANNUAL GOAL:** (including mastery criteria.)

Andre will demonstrate measurable growth over his present level of performance in written expression from the

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Andre will write sentences with correct subject and verb agreement with 8 out of 10 sentences presented | | Quarterly |
| Andre will write an essay using main ideas and supporting details with 4 out of 5 trials presented | | Quarterly |
| Andre will edit, revise, written work; proofreads for capitals, commas, punctuation and spelling for 4 out of 5 trials presented | | Quarterly |
| Andre will sequence ideas in an order appropriate to the topic with 80% mastery as demonstrated in essay samples. | | Quarterly |
| Andre will learn the steps in the writing process with 80% mastery | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   (Documented Observation)   (Report)   Other __Homework__

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

| Student Name | Andre Walker | Managing School | FSCA | DCPS-IEP |
|---|---|---|---|---|
| Student ID Number | 7189473  DOB. 10-8-88 | Attending School | FECA | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:   Goal Number: ____

Area addressed by goal: __Academics - Reading__

**ANNUAL GOAL:** (including mastery criteria.)

Andre will demonstrate measurable growth over his present level of performance in reading from the 8.0 grade level to the 9.0 grade level with 80% mastery

Provider(s): __Special / General Education Teachers__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Andre will identify main idea and supporting details with 4 out of 5 trials. | | Quarterly |
| Andre will determine cause and effect relationships in texts with 4 out of 5 trials | | Quarterly |
| Andre will locate facts using at least two references and identifies integration of topics with four out of five opportunities presented | | Quarterly |
| Andre will identify plot, character development and symbolism in literature with 4 out of 5 trials presented | | Quarterly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   (Documented Observation)   Report   Other __Homework__

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

| Student Name | Andre Walker | Managing School | FSCA | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB. | Attending School FSCA | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number:

Area addressed by goal: Social/Emotional

**ANNUAL GOAL:** (including mastery criteria.)

Andre will increase his level of interpersonal skills by mastering the following objectives at an 80% mastery level.

Provider(s): Psychologist, Social Worker, Sped Educator

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Andre will demonstrate self-disclosure in therapeutic setting, 4 out of 5 trials upon therapist request. | | Quarterly |
| Andre will list at least 5 strengths and 5 weaknesses of self upon therapist request. (4 out of 5 trials) | | Quarterly |
| Andre will list at least (4) coping strategies in response to stress and anxiety with 80% accuracy. | | Quarterly |
| Andre will identify with his "learning style" and learn to advocate for self in classroom/school wide setting. 80% accuracy. | | Quarterly |
| Andre will keep an "Agenda Book" daily to enhance organization and reduce incomplete assignments. by 80% accuracy. | | Quarterly |
| Andre will increase level of time management by prioritizing daily assignment schedule with the aid of Special Educator. - mastery level 80%. | | Quarterly |

**EVALUATION PROCEDURE(S)**

Portfolio | Log | Chart | Test | (Documented Observation) | Report | Other progress reports

District of Columbia Public Schools  07-02-2001  Division of Special Education  Appendix - A  IEP Page 3 of 4

| Student Name: ANDRE WALKER | Managing School: Friendship-Edison FE&A | DCPS - IEP Page 3 of 4 |
|---|---|---|
| Student ID Number: 900401 0175 DOB. 10/8/88 | Attending School: FRIENDSHIP + EDISON | |

**VIII. SPECIALIZED SERVICES**  Additional Comments:  Goal Number: ☐

Area addressed by goal: Transitions

**ANNUAL GOAL:** (including mastery criteria.)

Andre will increase his knowledge and understanding of the options, opportunities and requirements of the world of work by completing the following short-term objectives.

Provider(s): Special Education Teacher, Transitions Coordinator

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Andre will with resource support:<br>• Suggest 3 (or more) career goals<br>• research 3 (or more) different career goals | | quarterly<br>quarterly |
| • shadow and/or interview employees in careers of interest | | semester |
| • Discuss the results of a vocational evaluation comparing and contrasting to determine if previously determined occupational areas of interest are areas of vocational interest, aptitude and proficiency. | | quarterly |
| • Identify resources/agencies for completion and verification of community service hours | | monthly |
| Andre will perform the following objectives using instructional support, role-play, and situational case studies 3 out of 5 times<br>• Complete a simple job application | | quarterly |
| • locate job application sources and information | | quarterly |
| • role-play techniques of a job interview | | quarterly |

**EVALUATION PROCEDURE(S)**
(Portfolio)  Log  Chart  Test  (Documented Observation)  Report  Other _____

| Student Name | Andre Walker | Managing School | FECA | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 818 9473  DOB 10/6/88 | Attending School | FECA | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☑ Yes ☐ No

Explanation for removal out of regular education classroom.

> As needed to address specific math and reading skill deficits

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed
- Timing/Scheduling: Extended Time
- Setting: Small group
- Presentation: Directions repeated and read (assisted reading)
- Response:
- Equipment: Calculator

## XI. STATE AND DISTRICT ASSESSMENTS:
☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.
☑ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
☐ Level V  Portfolio:
☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.
☑ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:
☑ Reading           ☐ Physical/Sensory     ☑ Transition        
☑ Mathematics       ☐ Social Emotional     ☐ Vocational        
☑ Written Expression ☐ Physical Development ☐ Independent Living
☐ Other:                                   ☐ Speech/Language   
☐ None

Modifications:
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education setting | reject | inability to obtain carnegie units |
| Combination General/Resource | accept | inability to obtain carnegie units |
| Out of Gen - Education | reject | too restrictive |

Modification(s)/Accommodation(s) to address the harmful effects:
> academic support through inclusion & resource classroom

Location for Services: FECA

District of Columbia Public Schools  07-02-2001   Division of Special Education   Appendix - A   IEP Page 4 of 4

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School: **FECA**    Principal: **M. Cordell**    Special Education Coordinator: **W. Henry**
Date: **4/20/05**    Case Manager: **TBP**    Technical Support Supervisor:
Student: **Andre Walter**    DOB **10-8-85**   Age **15**   Grade **10**   ID#    SSN# **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**
Parent: **Rhonda Walter**    Telephone (H):    (W)
Address: **5834 Southern Ave   SE   Washington   DC   20019**

REFERRAL SOURCE: (Check) ☐ 120 Day   ☐ Reeval   ☒ HOD   ☐ SA   ☐ MA
☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☐ Local School   ☐ Other:

Previous least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

**2. ACCOMMODATIONS/ MODIFICATIONS**
* note taking
* extended time
* preferential seating
* use text on tape as appropriate
* use

**3. DATA REQUIREMENTS**
| Item | Yes | No |
|---|---|---|
| Current IEP | ☒ | ☐ |
| Signatures of required participants (MDT notes) | ☒ | ☐ |
| Intervention Behavior Plan | ☒ | ☐ |
| Copies of current class work and homework assignments | ☒ | ☐ |
| Medical Reports | ☐ | ☐ |
| Clinical Reports | ☒ | ☐ |
| Psychiatric Reports | ☒ | ☐ |
| Medications: | ☐ | ☐ |
| Attendance Record | ☐ | |
| Copies of most recent evaluation(s) | ☐ | |

**4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.)**

initial implementation

**5. Resources needed for program implementation**

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21% and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

If two or three boxes are checked in the Row 1, check LOW.
If two or three boxes are checked in the Row 2, check MODERATE.
If two or three boxes are checked in the Row 3, check HIGH.

If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student.

### 7. LEVEL OF NEED
☐ LOW     ☒ MODERATE     ☐ HIGH

07-02-2001     Attention: Technical Support Supervisor / PERM Compliance Team



# STUDENT INTEREST FORM

NAME _Andre Walker_ I.D. _4/01/75_ Date _1/10/04_

**AFTER HIGH SCHOOL,**

My Employment Goal is to:
_Be a football player_
_____
_____

In my Community, I will:
_Work with other teachers_
_____
_____

To increase my skills, I Plan to:
1. _✓_   Attend College; earn a degree
2. ____   Attend a Trade School; get special training
3. ____   Work Only
Other: _____
_____

My Living Plan is to:
_✓_ Live in my own apartment or house  ___ Live with my parents or other relative
___ Share an apartment                 ___ Live in a Group Home

_____
Completed by, if other than the student

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

EXHIBIT AW-27

STUDENT: Andre Walker   DATE OF BIRTH: 10-8-88
SCHOOL: FEC H   DATE: 4-20-05

A Psychiatric Evaluation was conducted by Dr. Simon-Thomas on 3-14-05. ADHD was cited with Andre experiencing inattentivity. Individual therapy is recommended in addition to the reading disorder. The pychiatric evaluation was ordered by Month Co. court-system as a result of his alleged involvement in an armed robbery and car theft in 2004.

A clinical evaluation was conducted by Dr. Alix Johnson on 2-1-05. Results indicate that Andre attempts to manage his feeling by suppression or ignoring them. He experiences significant anxiety about ability, acceptance and achievement. These feelings are a consequence as opposed to a cause of Andre's continued academic struggles, continuing to provide strategies to Andre for successful completion of assignments should help to reduce his anxiety and improve his sense of competence. His defensiveness about admitting his discomfort suggest that counseling will not be as useful as more objective academic support. Dr. Johnson confirm m Adjustment Disorder with Anxiety along with a Reading Disorder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   02-13-02   DIVISION OF SPECIAL EDUCATION - NON PUBLIC   MDT MEETING NOTES   APPENDIX A

MULTIDISCIPLINARY TEAM
(IEP)
MEETING NOTES

MDT REFERRAL DATE:-_____          MEETING DATE: _04-20-05___

STUDENT:___Andre Walker_____ DATE OF BIRTH: _10-8-88____

SCHOOL: FRIENDSHIP EDISON COLLEGIATE ACADEMY
## STATEMENT OF STUDENT'S ELIGIBILITY:

Based on the findings, the multidisciplinary team certifies that __Andre__ is eligible for Special education services as a student with _Specific Learning Disabilities_ There is a discrepancy between the student's cognitive functioning and his academic achievement in the following areas: Math, Reading and Written Expression.

Does the disability impact the student's present level of educational performance?

　　　　____X_yes or _____no

The student requires specialized instruction and related services in the following areas to access the general education curriculum: In the reading and comprehension.

*The meeting will moved into the IEP portion of the meeting.*

This portion of the meeting immediately followed the MDT portion of the meeting. Goals and objectives were developed in the areas of Reading, Mathematics, written expression and Transitions. A transition plan was developed to address his postsecondary goals. The plan was reviewed with the student and parent. . He will participate in the standardized assessment as a level four student with non-standard accommodations. His non-standard accommodations are extended time, small group, repeated directions, assisted reading and calculator usage.  ESY services were considered and the team determined that Andre does not meet the criteria for ESY services. Transportation was also considered and explained to the parent. Andre does not demonstrate a need for transportation at this time. He will continue to receive_15.5__ hrs of services per week as a

(1)

Andre Walker (DOB: 10/8/88)
MDT/IEP mtg. (Friendship Edison PCS)
Advocate: Kevin Carter

① Parent and advocate concur with Mr. Henry's decision to provide Andre with individual counseling. Dr. Alix Johnson's clinical psychological assessment states that the student manages his feelings by suppressing them and notes the existence of "significant anxiety about ability, acceptance, and achievement", yet purports that the student wouldn't benefit from counseling at this time. This writer believes that Dr Johnson's recommendation contradicts her clinical perspective of the student and potentially casts doubt on other aspects of the assessment. The parent and advocate are invested in a comprehensive clinical assessment of the student that contains programming and treatment recommendations that are congruous with clinical findings.

② The MDT has agreed to reconvene in the

Andre Walker (DOB: 10/8/88)
MDT/IEP Mtg (Friendship Edison PCS)

coming weeks to have Dr. Alix Johnson ~~discuss~~ her clinical assessment and to have Michelle Brown (OT) to document a plan of action to ~~address~~ remedy the student's OT deficit areas in the classroom. (Note: upon review of Dr. K Mack's psycho-ed assessment and Ms Brown's OT assessment at today's meeting, discrepancies in their perspective of the students OT deficits surfaced.) These discrepancies can only be reconciled if these evaluators are available (physically or via phone) to discuss their findings and recommendations. Neither evaluator was available to participate in today's meeting.

③ Parent and advocate will refrain "from making a conclusive judgement on the existence or absence of an emotional disturbance until the MDT reconvenes to hear from Dr. Johnson in the coming weeks. Parent and advocate anticipate discussion about whether sufficient clinical data exists to make a sound judgement about the presence or absence of an ED designation.

# MULTIDISCIPLINARY TEAM
## (IEP)
### MEETING NOTES

MDT REFERRAL DATE:-_____          MEETING DATE: _04-20-05__

STUDENT:___Andre Walker_____ DATE OF BIRTH: _10-8-88____

SCHOOL: FRIENDSHIP EDISON COLLEGIATE ACADEMY
_____ student. The meeting concluded with signatures from the team and the parent was given a copy of the documents.

The team will reconvene during the last week of May to measure his progress and also to hear more from the clinical evaluator as well as the Occupational Therapist. Counseling goals were developed by Mrs. Mathews as initial steps in assisting Andre