# EXHIBIT 21

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT

MDT REFERRAL DATE: _____

MEETING DATE: 8/24/05

STUDENT: Andre Walker

SCHOOL: FECA

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Carlynn M Cross | Carlynn Cross | Sp Ed Coordinator |
| Shertonne R Whiting | [signature] | Gen ed teacher |
| April Watkins | [signature] | Sped Teacher |
| Peggy L Peagler | Peggy Peagler | DCPS Placement Spec. |
| Kevin Carter | [signature] | Advocate |
| Rhonda Walker | via telephone | Parent |
| Keith White | via telephone | |

Team introductions were made + the parent's rights manual was provided + signed for by the advocate. The purpose of the meeting was shared: to discuss change in placement/site location for Andre.

The DCPS representative shared the process of reviewing programs within DCPS and/or DC for Andre. The SEA asked the advocate/parent about desired programs. The advocate/parent shared that the parent would like to visit potential programs before selection. The parent/advocate shared that the parent has not been in contact w/ DCPS regarding school selection.

The SEA shared DCALA-SE as a site location.

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ___Andre Walker___

☑ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION
☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page: 2 of 4
CONTINUATION MEETING NOTES
MEETING TYPE: ___CIP___

STUDENT: Andre Walker   SCHOOL: FECA   DATE: 8/24/05

The SEA discussed the programs in terms of location, class size, courses available. The parent inquired about teacher aide credentials. The SEA shared the number of teachers & that the teachers were certified. The parent further inquired about crisis intervention. The SEA shared that currently the staff is undergoing CPI L (Crisis Prevention Intervention) program.

The advocate shared that he has had to remove students from this program & it is in a dangerous neighborhood. The advocate further shared that he would like for Andre's Court involvement to be considered in his educational changes. The SEA shared that she was not aware of this & requested this documentation. The parent shared that such court information was sealed & could not be released; however, the parent shared she would request this & provide it to the school. The advocate shared that he would like for a representative from High Road School, Mr. Keith White, to be apart of the team. The advocate further shared that information about Andre's court involvement was discussed in past MDT meetings & should have been provided. The advocate further shared that the parent has a right to visit potential school

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: 4 of 4
                              CONTINUATION MEETING NOTES
                              MEETING TYPE: ___CIP___

STUDENT: Andre Walker    SCHOOL: FECA    DATE: 8/24/05

The parent shared that she will provide the requested information to the advocate who will then forward this information to DCPS. The parent shared that she did not wish the (SEA) for the school to be provided w/ the (SEA) this information again.

The sp. ed. coordinator suggested / inquired if the advocate would complete the withdrawl form. The advocate requested that this be sent to the parent. The parent hung up from the meeting.

Mr. Keith White was contacted via telephone + asked by the advocate to discuss the High Road program. Mr. White described the program in terms of enrollment, staff certifications, individualized educational programs. DCPS provides transportation. This program is located in Maryland. School wide behavior management program was discussed. The SEA inquired about transitions back into local school programs. Such information was provided. Transition programs were also discussed. Mr. White hung up from the meeting.

The advocate added additional meeting notes.

[signature]

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page: 3 of 4
CONTINUATION MEETING NOTES
MEETING TYPE: __CIP__

STUDENT: Andre Walker   SCHOOL: FECA   DATE: 8/24/05

programs. The special education coordinator shared that such information regarding Andre's court difficulties was not included in his student file at school. The special education coordinator further shared that such information was shared with the parent's attorney, via telephone, on last week.

DCPS issued a notice of placement to JCALA-SE. The parent/advocate rejected the site location offered due to the dangerous neighborhood, required court involvement for Andre & potential (rough neighborhood in the city) drug exposure in the area, along w/ the parent not being able to participate in the selection process.

The advocate further shared that such information was provided to the school regarding Andre's court difficulties. The parent agreed sharing that information was provided to the past special education coordination @ previous MDT meetings. The special education coordinator shared that such information was not included in the student's file as this information was requested from the student/parent's attorney on last week. The attorney discussed w/ the special education coordinator that Andre was going through difficulties in Montgomery County, which involved the court system. No specific information regarding convictions/probations, etc. was provided.

(6)

Advocate: Kevin Carter

Andre Walker (DOB: 10/8/88)
MDT/Placement (Friendship Edison PCS)

① Parent and advocate are opposed to DCPS's issuance of a Prior Notice of Placement to DCALA (Southeast, DC campus). Prior to today's meeting, parent (Rhonda Walker) had no prior contact with the District of Columbia Public Schools (DCPS) regarding DCALA or any other school setting as a possible placement prior to issuance of a Prior Notice of Placement today.

Parent raised questions about the location of the school and staff certification at DCALA. Dr. Peagler stated that the school director, Victor Reese, indicated that the school has certified teachers but was unable to provide specifics (i.e. # of certified teachers etc.)

Most importantly, parent and advocate have had extensive discussion with members of the MDT at Friendship Edison (last school year) about the

Advocate:

(2)

student's current court involvement and his inclination to engage in illegal activities that are quite prevalent in the neighborhood DCALA (SE, DC) is located in. These ~~that the parent has~~ discussions have been documented in previous MDT notes and the parent has also provided documentation to FE from the courts describing conditions of the student's probationary status, but not for DCPS; failure to involve the parent in the placement discussion and decision making process. This information would have been shared with those individuals charged with oversight of the placement decision. The parent has a legal right (according to IDEA 97) to be a participant in the placement process. She learned about issuance of a PNOP to DCALA for the first time today.

② The team heard from Mr. Keith White (Director of High Roads) to hear a description of the program the student would transition into.

Andre Walker (3)
Fr

if funded. The High Roads school offers all special education certified staff and a 2:1 teacher student ratio. They provide an academic program which features a 4 part rotation system which shifts students academic subject focus along a continuum from a didactic focus to a computer & tutorial focus. High Roads also has an impressive clinical program highlighted by a school-wide behavior modification system, resource rooms, time-out rooms, 2 full time clinical social workers and a social work intern. High Roads also offers a good transition program which commences with students assuming jobs within the school-based business and transition into community based employed. Students are payed "real money" for school-based jobs, are payed weekly and maintain personal bank accounts.
* Total school enrollment is 36 students
The clinical + academic aspects of High Road exceed those offered described about DCALA