# EXHIBIT 22

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

Prior to Action Notice

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
- [ ] Change in Category Exit
- [ ] Related Service Add
- [ ] Related Service
- [x] Change in Placement
- [ ] Annual
- [ ] Other

Date: 8/24/05
Student: Andre Walker    DOB: 10-8-88
School: DCALA - SE
Current Disability Category: MD (ED/SLD)
Setting: Outside of General Educational Setting

Dear Ms. Walker

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with ___
- [ ] Your child will begin receiving ___ as a related service(s).
- [ ] Your child will no longer receive ___ as a related service(s).
- [ ] Your child's category of disability is being changed from ___ to ___
- [x] Your child's alternative placement on continuum (next setting) is being changed from Combined Educational Setting to Outside of General Educational Setting
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: ___

Location of Services: DCALA - SE

Description and Explanation of agency action proposed or refused.
The student has been placed in an appropriate educational setting

Description of Other Options Considered and reasons for rejection of each option
1) General Educational setting - rejected
2) Combined Educational Setting - rejected
3) Outside of General Educational setting - accepted

Other relevant factors to the decision:

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [ ] Student
- [ ] Social Worker
- [x] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [ ] Psychologist
- [x] Other: DCPS Placement Specialist

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: Mr. Kevin Carter - educational advocate

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards, please contact Mr. Terry C. Teagler 202-442-5144 (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001