IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REINA SARAVIA, et al.,** : | |
| : | |
| **Plaintiffs** : | Civil Action No. 06-275(PLF) |
| : | |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants** : | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COME NOW, the Plaintiffs Charlene Ankrom, *et al.,* by and through their attorneys, Tilman L. Gerald, Roxanne D. Neloms, and James E. Brown & Associates, PLLC, and pursuant to Federal Rule of Civil Procedure 55(b)(2) respectfully move this Honorable Court for entry of default judgment against the Defendant for the reasons that are more specifically hereinafter set forth:

1. That on March 8, 2006, service of process was effectuated upon Robert J. Spagnoletti,[1] Attorney General for the District of Columbia, pursuant to the applicable rules of this court.

2. That on March 8, 2006, service of process was effectuate upon Anthony Williams, Mayor of the District of Columbia.

3. That on March 20, 2006, counsel for the Defendant lodged "DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT" and therein stated that it needed additional time to research, investigate and review the fifty-four (54) individual claims for the recovery of attorneys fees in order to respond to the allegations and assertions that Plaintiffs made in their Complaint.

---

[1] See Defendant's Motion for Extension of Time at page 2

4. That the Defendants indicated they required more than the normal twenty (20) days provided in the Rules to file a response to the Complaint and requested and enlargement of Ninety (90) days from the date of service upon the Mayor, up to and including June 6, 2006.

5. That by minute order dated March 22, 2006, this Honorable Court granted the Defendants Motion for An Enlargement of Time stating that a response from Defendant District of Columbia was due on June 6, 2006.

6. That on June 6, 2006, the Defendant filed a Rule 12(b)(6) Motion to Dismiss parts of the Complaint with respect to 42 U.S.C. §1983 and Section 504 (Rehabilitation Act of 1973) claims of the Plaintiff, but failed to answer or otherwise respond to the claims Plaintiffs asserted under §1415(i)(3) of the IDEIA, 20 U.S.C. 1400 *seq.*(Hereinafter referred to as "§1415 claims")

7. That under the March 22, 2006 minute order of this Honorable Court the time within which the Defendants were required to file their answer to the Complaint as a whole has expired.

8. That the time within the Defendants were required to lodge their answer has not been extended by this court nor have the Defendants sought a further enlargement of time to do so.

9. That the time within the Defendants were required to file an answer was not tolled by the filing of their motion for partial dismissal of the complaint.

10. That the Defendants are in default having failed to file an answer to the "20 U.S.C. §1415 claims" within the time set forth in the March 22, 2006 minute order of this Honorable Court.

11. That failure of the Defendants to file their answer within the time set forth in the

March 22, 2006 order of this court was done with the full knowledge that, in their motion to dismiss, they only sought partial dismissal of specific portions the Complaint rather than the Complaint in its entirety.

**WHEREFORE**, these premises considered, Plaintiffs respectfully pray as follows:

1. That this Honorable Court find that the Defendants are in default as they did not file an answer to the "20 U.S.C. §1415 claims" of the Plaintiffs set forth in the Complaint;

2. That this Honorable Court enter order of default judgment against the Defendants;

3. That this Honorable Court grant Plaintiffs the relief they sought individually and severally in the Complaint including but not limited to the reimbursement of reasonable attorneys due and payable to the Plaintiffs;

4. That this Honorable Court award Plaintiffs reasonable attorneys' fees and costs associated with the litigation of this matter;

5. And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [#928796]
Roxanne Neloms[#478157]
**Law Offices of James E. Brown, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000 (office) 202.742.2098 (fax)

***ATTORNEYS FOR PLAINTIFFS***

**POINTS AND AUTHORITIES**

1. The record herein

2. The April 12, 2006 Order of this Court

3. Rule 55(b)(2)

/s/
Tilman L. Gerald