IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHAMISA ARMSTEAD**, for D.A., a minor, <u>et al.</u>, | : : : | |
| Plaintiffs | : : | Civil Action No. 06-276(RBW) |
| v. | : : | |
| **DISTRICT OF COLUMBIA**, <u>et al.</u>, | : : | |
| Defendants | : : : | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL
OF ENTRY OF DEFAULT JUDGMENT MOTION**

To the Clerk of the Court:

The Plaintiffs in the above captioned respectfully request a withdrawal of the Motion for Entry of Default Judgment against the Defendant filed on June 29th, 2006.

Respectfully submitted,

/s/

Tilman L. Gerald [#928796]
Roxanne D. Neloms [#478157]
**Law Offices of James E. Brown, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000 (office) 202.742.2098 (fax)
*ATTORNEYS FOR PLAINTIFFS*