IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**REINA SARAVIA, <u>et al.</u>,**  :
:
:
**Plaintiffs**  :   Civil Action No. 06-275(PLF/DAR)
:
**v.**  :
:
**DISTRICT OF COLUMBIA, <u>et al.</u>,**  :
:
**Defendants**  :
:
_____:

**PRAECIPE**

To the Clerk of the Court:

  A.   **Please mark the following as withdrawn without prejudice:**

      1. Melisa Boyd, Parent and next friend of P.B., a minor;

      2. Jerome and Kia Glover, Parent and next friend of J.G., a minor;

      3. Marsha Crews, Parent and next friend of W.C., a minor;

      4. Julia Hunter, Parent and next friend of J.H., a minor;

      5. Lisa Miller, Parent and next friend of S.M., a minor.

  B.   **The following cases have been settled and will be dismissed upon receipt of payment:**

      1. Bonnie Mathis, Parent and next friend of D.M., a minor;

      2. Rita Bemah, Parent and next friend of D.S., a minor;

      3. Delltonjia Adams, Parent and next friend of S.S., a minor;

      4. Cloastellie Tilghman, Parent and next friend of C.T., a minor;

      5. Mary Turner, Parent and next friend of A.T., a minor;

      6. Lawanda Reed, Parent and next friend of E.W.., a minor;

    7. Randolph Narcisco, Parent and next friend of A.W., a minor;

    8. Renee Wilson-Wren, Parent and next friend of K.W., a minor;

    9. Tina Forbes-Booker, Parent and next friend of A.A., a minor;

    10. Sylvester Okpala, Parent and next friend of R.O., a minor;

**C.**     **Please mark the following cases as settled, paid, and dismissed with prejudice:**

    1. Reina Saravia, Parent and next friend of E.A., a minor;

    2. Tina Booker-Forbes, Parent and next friend of A.A, a minor;

    3. Gerald Sisco, Parent and next friend of Q.B.S., a minor;

    4. Viola Bradford, Parent and next friend of G.B., a minor;

    5. Margaret Brown, Parent and next friend of M.B., a minor;

    6. Annette Hagens, Parent and next friend of M.C., a minor;

    7. Maxine Alexander, Parent and next friend of J.D., a minor;

    8. Debra Finley, Parent and next friend of L.F.M., a minor;

    9. Claudina Flores, Parent and next friend of J.F., a minor;

    10. Sarinna Graham, Parent and next friend of S.G., a minor;

    11. Larry and Kimberly Hagans, Parent and next friend of L.H., a minor;

    12. Crystal Hamilton, Parent and next friend of A.H., a minor;

    13. Ruth Hardy, Parent and next friend of A.H., a minor;

    14. Kenny Harrod, Parent and next friend of R.H., a minor;

    15. Roberta Hawkins, Parent and next friend of D.H., a minor;

    16. Deborah Hinkle, Parent and next friend of K.H., a minor;

    17. Terry Johnson, Parent and next friend of D.I., a minor;

18. Sonia Joyner, Parent and next friend of S.J., a minor;

19. Dornase Harris, Parent and next friend of D.K., a minor;

20. Julie Moore, Parent and next friend of D.M., a minor;

21. Laura Muhammad, Parent and next friend of N.M., a minor;

22. Kimberly Odoms, Parent and next friend of K.O., a minor;

23. Ida Stewart, Parent and next friend of D.O., a minor;

24. Tanya Owens, Parent and next friend of J.O., a minor;

25. Joyce Robinson, Parent and next friend of J.R., a minor;

26. Monique Willoby, Parent and next friend of B.S., a minor;

27. Catherine Taylor, Parent and next friend of D.T., a minor;

28. Emma Leach, Parent and next friend of D.T., a minor;

29. Leanna Traynham, Parent and next friend of M.T., a minor;

30. Mary Turner, Parent and next friend of A.T., a minor;

31. Sheila Washington, Parent and next friend of M.W., a minor;

32. Lashone Watts, Parent and next friend of L.W., a minor;

33. Randolph Narciso, Parent and next friend of A.W., a minor;

34. Renee Wilson-Whren, Parent and next friend of K.W., a minor.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorneys for Plaintiffs***