IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REINA SARAVIA, <u>et al.</u>,** : | |
| : | |
| : | |
| **Plaintiffs** : | Civil Action No. 06-275(PLF/DAR) |
| : | |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA, <u>et al.</u>,** : | |
| : | |
| **Defendants** : | |
| : | |
| _____ : | |

## STIPULATION OF DISMISSAL

To the Clerk of the Court:

1. **Please note that the parties have settled the remaining cases in this matter**. Accordingly, the Defendant has agreed to pay invoices in the following cases (See Defendant's September 28, 2006 Letter hereto attached as Exhibit 1):

    A. Edward and Cassandra Davis, Parent and next friend of L.D. a minor;

    B. Victoria Douglas, Parent and next friend of D.D., a minor;

    C. Davillia Kidd-Mosley, Parent and next friend of I..E., a minor;

    D. Catherine Gantt, Parent and next friend of C.G., a minor;

    E. Adejelegan Lassey, Parent and next friend of B.L., a minor;

    F. Cheryl Gregory-Rivas, Parent and next friend of S.O., a minor;

    G. Walletta Sands, Parent and next friend of T.S., a minor;

    H. Rosalyn Holmes, Parent and next friend of J.W., a minor.

2. **Please mark the following case as dismissed without prejudice:**

    Rhonda Walker, Parent and next friend of A.W., a minor.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Tilman L. Gerald [928796] | Veronica Porter |
| Roxanne D. Neloms [478157] | Assistant Attorney General |
| James E. Brown & Associates, PLLC | One Judiciary Square |
| 1220 L Street, NW, Suite 700 | 441 Fourth Street, N.W. |
| Washington, D.C. 20005 | Sixth Floor South |
| (202) 742-2000 | Washington, D.C. 20001 |
| (202) 742-2098 (fax) | (202) 724-6651 |
| ***Attorneys for Plaintiffs*** | ***Attorney for Defendant*** |