GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA



**CIVIL LITIGATION DIVISION**
**Equity Section Two**

September 28, 2006

Tilman L. Gerald, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005

Re: <u>Saravia, et al., v. District of Columbia</u>, 06-275

Dear Mr. Gerald:

My client, DCPS, has agreed to pay the invoices submitted in the above-referenced case for Edward and Cassandra Davis, parent of L.D.; Victoria Douglas, parent of D.D; Davillia Kidd-Mosley, parent of I.E.; Catherine Gantt, parent of C.G.; Adjelegan Lassey, parent of B.L.; Cheryl Gregory-Rivas, parent of S.O; Walletta Sands, parent of T.S.; and Roslyn Holmes, parent of J.W..

Per our discussion earlier today, you have agreed to withdraw the claim of Rhonda Walker, parent of A.W.

I believe at this time all of the claims in the above-referenced case have been resolved. I agree to a stipulation of dismissal of this case.

Sincerely,

Veronica A. Porter
Assistant Attorney General